# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 20-1326V

| | |
|---|---|
| DANIEL MAURO,<br><br>                    Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                    Respondent. | Chief Special Master Corcoran<br><br>Filed: February 11, 2021 |

### SCHEDULING ORDER – PRE-ASSIGNMENT REVIEW ("PAR")

This case has been reviewed for completeness as part of the Pre-Assignment Review (PAR) process described in the PAR Initial Order. Petitioner was ordered to file records under § 11(c) of the Vaccine Act.[1]

Petitioner filed some medical records (exhibits 1-3) and certifications of medical records (exhibits 12-22) but does not appear to have filed exhibits 4-11, presumably medical records related to the certifications filed and identified in the PAR Questionnaire. Petitioner shall file these missing exhibits.

**In order to complete the PAR process and be assigned to a special master or the Special Processing Unit, Petitioner shall file the following documents by no later than <u>Monday, March 29, 2021</u>,**

- Exhibits 4-11 and any other medical records related to the certifications already filed and/or identified in the PAR Questionnaire.

- Statement of Completion and updated exhibit list

**If petitioner is unable to file the required documents by that time, Petitioner shall file any and all available records and move pursuant to Vaccine Rule 19(b) for an extension of time to file any documents that remain outstanding. Any such**

---

[1] The National Childhood Vaccine Injury Act ("Vaccine Act"), as amended, 42 U.S.C. §§ 300aa-1 to-34, which established the National Vaccine Injury Compensation Program ("the Program"). Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

**motion for extension shall state with specificity what documents remain outstanding.**

      Any questions about this order or about this case generally may be directed to OSM staff attorneys, Andrew Schick, andrew_schick@cfc.uscourts.gov, and Francina Segbefia, francina_segbefia@cfc.uscourts.gov.

**IT IS SO ORDERED.**

                                        **s/Brian H. Corcoran**
                                        Brian H. Corcoran
                                        Chief Special Master